■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEONARDO MORA-DIAZ, Appellant. [64 NYS3d 517]—Judgment, Supreme Court, New York County (Michael J. Obus, J.), rendered June 6, 2013, convicting defendant, upon his plea of guilty, of criminal possession of a controlled substance in the fourth degree, and sentencing him to four years' probation, unanimously reversed, on the law, defendant's motion to suppress granted, and the indictment dismissed.

As the People concede, defendant is entitled to suppression because the hearing evidence did not establish a sufficient basis for a search of a closed container incident to defendant's arrest, under the principles set forth in *People v Jimenez* (22 NY3d 717 [2014]), which was decided after defendant's conviction. Concur—Richter, J.P., Manzanet-Daniels, Andrias, Kern and Singh, JJ.